UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES KELLEY, et al.<br><br>   Plaintiffs,<br><br>      v.<br><br>JAMES BILLINGTON, Librarian,<br>Library of Congress,<br><br>   Defendant. | Civil Action No.  02-2431 (JDB) |

## ORDER

Upon consideration of defendant's motion for summary judgment and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is this 31st day of March, 2005, hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that judgment is entered for defendant.

                                        /s/ John D. Bates
                                          JOHN D. BATES
                                   United States District Judge

Copies to:

Bryan A. Chapman
601 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Stratton Strand
United States Attorney's
Office
Judiciary Center Building
10th Floor
555 Fourth Street, NW
Washington, DC 20001